IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Patricia E. Jovine<br>　　　　　　Debtor(s) | Chapter 7 Proceeding<br><br>5-10-04637 RNO |
| U.S. Bank, NA<br>　　　　　　Movant<br>v.<br><br>Patricia E. Jovine and<br>Robert P. Sheils, Jr., Esquire<br>　　　　　　Respondents | |

**ORDER**

Upon consideration of U.S. Bank, NA's Motion for Relief from the Automatic Stay, it is hereby ORDERED AND DECREED that the Automatic Stay be modified to permit, U.S. Bank, NA and/or its successors and assigns to proceed with foreclosure on the property located at 2126 Fountain Springs Drive, Henderson, NV 89074 and obtain all other Relief available under the Non-Bankruptcy law.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

Dated: September 22, 2010

By the Court,

_Robert N. Opel II_
Robert N. Opel, II, Bankruptcy Judge
(JAT)